1  JIVAKA CANDAPPA (SBN 225919)
   180 Grand Avenue, Suite 700
2  Oakland, CA 94612
3  Telephone: (510) 628-0300
   Facsimile: (510) 628-0400
4  Email:  jcandappa@att.net

5  Attorney for Plaintiff LAWRENCE HICKMAN

6  Zach Cowan, City Attorney, SBN 96372
7  Matthew J. Orebic, Deputy City Attorney, SBN 124491
   BERKELEY CITY ATTORNEY'S OFFICE
8  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
9  Telephone:  (510) 981-6998
   Facsimile:  (510) 981-6960
10 Email:  morebic@ci.berkeley.ca.us

11 Attorneys for Defendants
   DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE
12 TURNER

13                   UNITED STATES DISTRICT COURT
14                FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 LAWRENCE HICKMAN,                )   Case No.: C 11-04395 EDL
17            Plaintiff,             )
                                     )
18      vs.                          )   STIPULATION AND [PROPOSED] ORDER
19                                   )   TO EXTEND ENE DEADLINE TO
   DOUGLAS HAMBLETON, et al.,        )   OCTOBER 19, 2012
20           Defendants.             )
21                                   )
                                     )
22                                   )
23                                   )
                                     )
24                                   )
25 _____)

26
27
28          STIPULATION AND [PROPOSED] ORDER RE ENE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  **C 11-04395 EDL**
-1-

Plaintiff Lawrence Hickman and Defendants Douglas Hambleton, Elizabeth Bashan, Scott Castle and Melanie Turner, by and through their respective counsel, hereby stipulate as follows:

1. Whereas the Court had originally ordered the ENE be completed by April 30, 2012, but the parties had not yet completed key discovery at that time;

2. Whereas completion of key discovery has enabled the parties to better evaluate their respective position for purposes of settlement;

3. Whereas the ADR office did not contact counsel to schedule the ENE;

4. Whereas counsel did not move the Court for an extension of the ENE deadline so as to complete key discovery;

5. Whereas this stipulation between the parties will not affect other deadlines in this case.

6. The Parties hereby respectfully seek leave of the Court to extend the deadline for conducting the ENE through and until October 19, 2012.

**IT IS SO STIPULATED**.

DATED: August 10, 2012                LAW OFFICE OF JIVAKA CANDAPPA
                                      /s/ Jivaka Candappa
                                      By: _____
                                      JIVAKA CANDAPPA, Attorney for Plaintiff
                                      LAWRENCE HICKMAN

DATED: August 10, 2012                ZACH COWAN, City Attorney

                                      By: /s/ Matthew J. Orebic
                                      MATTHEW J. OREBIC
                                      Attorneys for Defendants
                                      DOUGLAS HAMBLETON, ELIZABETH
                                      BASHAN, SCOTT CASTLE and MELANIE
                                      TURNER

STIPULATION AND [PROPOSED] ORDER RE ENE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No. C 11-04395 EDL

**ORDER**

Pursuant to stipulation, the deadline to conduct the ENE is extended through and until October 19, 2012.

IT IS SO ORDERED.

Dated: August 13, 2012

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE ENE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  **C 11-04395 EDL**
-3-