JIVAKA CANDAPPA (SBN 225919)
180 Grand Avenue, Suite 700
Oakland, CA 94612
Telephone: (510) 628-0300
Facsimile: (510) 628-0400
Email: jcandappa@att.net

Attorney for Plaintiff LAWRENCE HICKMAN

Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:  (510) 981-6960
Email: morebic@ci.berkeley.ca.us

Attorneys for Defendants
DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE TURNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS HAMBLETON, *et al.*,<br><br>　　　　Defendants. | Case No.: C 11-04395 EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND ENE DEADLINE TO OCTOBER 19, 2012 |

---

STIPULATION AND [PROPOSED] ORDER RE ENE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  **C 11-04395 EDL**

-1-

Plaintiff Lawrence Hickman and Defendants Douglas Hambleton, Elizabeth Bashan, Scott Castle and Melanie Turner, by and through their respective counsel, hereby stipulate as follows:

1. Whereas the Court had originally ordered the ENE be completed by April 30, 2012, but the parties had not yet completed key discovery at that time;

2. Whereas completion of key discovery has enabled the parties to better evaluate their respective position for purposes of settlement;

3. Whereas the ADR office did not contact counsel to schedule the ENE;

4. Whereas counsel did not move the Court for an extension of the ENE deadline so as to complete key discovery;

5. Whereas this stipulation between the parties will not affect other deadlines in this case.

6. The Parties hereby respectfully seek leave of the Court to extend the deadline for conducting the ENE through and until October 19, 2012.

**IT IS SO STIPULATED**.

DATED: August 10, 2012  LAW OFFICE OF JIVAKA CANDAPPA
/s/ Jivaka Candappa
By: _____
JIVAKA CANDAPPA, Attorney for Plaintiff
LAWRENCE HICKMAN

DATED: August 10, 2012  ZACH COWAN, City Attorney

By: */s/ Matthew J. Orebic*
MATTHEW J. OREBIC
Attorneys for Defendants
DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE TURNER

---

STIPULATION AND [PROPOSED] ORDER RE ENE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No. **C 11-04395 EDL**
-2-

## ORDER

Pursuant to stipulation, the deadline to conduct the ENE is extended through and until October 19, 2012.

IT IS SO ORDERED.

Dated: August 13, 2012

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE ENE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No. **C 11-04395 EDL**
-3-