1  JIVAKA CANDAPPA (SBN 225919)
2  180 Grand Avenue, Suite 700
   Oakland, CA 94612
3  Telephone: (510) 628-0300
   Facsimile: (510) 628-0400
4  Email:  jcandappa@att.net

5  Attorney for Plaintiff LAWRENCE HICKMAN

6  Zach Cowan, City Attorney, SBN 96372
   Matthew J. Orebic, Deputy City Attorney, SBN 124491
7  BERKELEY CITY ATTORNEY'S OFFICE
   2180 Milvia Street, Fourth Floor
8  Berkeley, CA 94704
   Telephone:  (510) 981-6998
9  Facsimile:  (510) 981-6960
10 Email:  morebic@ci.berkeley.ca.us

11 Attorneys for Defendants
   DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE
12 TURNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | Case No.: C 11-04395 EDL |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE DISCOVERY CUT-OFF FOR ONE ADDITIONAL DEPOSITION |
| DOUGLAS HAMBLETON, *et al.*, | |
| Defendants. | |

Counsel for plaintiff and counsel defendants herein stipulate to extend the discovery cut-off date of August 17, 2012 to September 14, 2012, solely for the deposition of witness, Richard Livingston, who was recently disclosed as a witness by plaintiff's counsel.  Plaintiff's counsel was not aware of this witness until August 8, 2012.

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE ADDITIONAL DEPOSITION

1     No other dates are affected by this extension.  The Pre-Trial Conference remains
2 scheduled for November 13, 2012 and the Trial date remains on December 10, 2012.

3 DATED:  August 16, 2012         LAW OFFICE OF JIVAKA CANDAPPA
4         /s/ Jivaka Candappa
    By: _____
5         JIVAKA CANDAPPA, Attorney for Plaintiff
6         LAWRENCE HICKMAN

7 DATED:  August 16, 2012         ZACH COWAN, City Attorney

8     By: /s/ Matthew J. Orebic
9         MATTHEW J. OREBIC
        Attorneys for Defendants
10         DOUGLAS HAMBLETON, ELIZABETH
11         BASHAN, SCOTT CASTLE and MELANIE
        TURNER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2012     _____
        HON. ELIZABETH D. LAPORTE
        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE ADDITIONAL DEPOSITION

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  C 11-04395 EDL
-2-