1  JIVAKA CANDAPPA (SBN 225919)
   180 Grand Avenue, Suite 700
2  Oakland, CA 94612
3  Telephone: (510) 628-0300
   Facsimile: (510) 628-0400
4  Email: jcandappa@att.net

5  Attorney for Plaintiff LAWRENCE HICKMAN

6  Zach Cowan, City Attorney, SBN 96372
   Matthew J. Orebic, Deputy City Attorney, SBN 124491
7  BERKELEY CITY ATTORNEY'S OFFICE
   2180 Milvia Street, Fourth Floor
8  Berkeley, CA 94704
9  Telephone: (510) 981-6998
   Facsimile: (510) 981-6960
10 Email: morebic@ci.berkeley.ca.us

11 Attorneys for Defendants
   DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE
12 TURNER

13             UNITED STATES DISTRICT COURT
14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 LAWRENCE HICKMAN,                )   Case No.: C 11-04395 EDL
17                                  )
              Plaintiff,            )
18                                  )   STIPULATION AND [~~PROPOSED~~] ORDER
           vs.                      )   TO EXTEND THE DISCOVERY CUT-OFF
19                                  )   FOR ONE ADDITIONAL DEPOSITION
   DOUGLAS HAMBLETON, et al.,       )
20                                  )
              Defendants.           )
21 _____  )

22     Counsel for plaintiff and counsel defendants herein stipulate to extend the discovery cut-

23 off date of August 17, 2012 to September 14, 2012, solely for the deposition of witness, Richard

24 Livingston, who was recently disclosed as a witness by plaintiff's counsel. Plaintiff's counsel

25 was not aware of this witness until August 8, 2012.

26

27 ─────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE
28 ADDITIONAL DEPOSITION

No other dates are affected by this extension. The Pre-Trial Conference remains scheduled for November 13, 2012 and the Trial date remains on December 10, 2012.

DATED: August 16, 2012                LAW OFFICE OF JIVAKA CANDAPPA
                                      /s/ Jivaka Candappa
                                   By: _____
                                      JIVAKA CANDAPPA, Attorney for Plaintiff
                                      LAWRENCE HICKMAN


DATED: August 16, 2012                ZACH COWAN, City Attorney

                                   By: /s/ Matthew J. Orebic
                                      MATTHEW J. OREBIC
                                      Attorneys for Defendants
                                      DOUGLAS HAMBLETON, ELIZABETH
                                      BASHAN, SCOTT CASTLE and MELANIE
                                      TURNER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2012              _____
                                    HON. ELIZABETH D. LAPORTE
                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE ADDITIONAL DEPOSITION