1  JIVAKA CANDAPPA (SBN 225919)
2  180 Grand Avenue, Suite 700
   Oakland, CA 94612
3  Telephone: (510) 628-0300
   Facsimile: (510) 628-0400
4  Email:  jcandappa@att.net

5  Attorney for Plaintiff LAWRENCE HICKMAN

6  Zach Cowan, City Attorney, SBN 96372
   Matthew J. Orebic, Deputy City Attorney, SBN 124491
7  BERKELEY CITY ATTORNEY'S OFFICE
8  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
9  Telephone:  (510) 981-6998
   Facsimile:  (510) 981-6960
10 Email:  morebic@ci.berkeley.ca.us

11 Attorneys for Defendants
12 DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE TURNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | Case No.: C 11-04395 EDL |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE DISCOVERY CUT-OFF FOR ONE ADDITIONAL DEPOSITION |
| DOUGLAS HAMBLETON, *et al.*, | |
| Defendants. | |

Counsel for plaintiff and counsel defendants herein stipulate to extend the discovery cut-off date of August 17, 2012 to September 14, 2012, solely for the deposition of witness, Richard Livingston, who was recently disclosed as a witness by plaintiff's counsel.  Plaintiff's counsel was not aware of this witness until August 8, 2012.

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE ADDITIONAL DEPOSITION

No other dates are affected by this extension.  The Pre-Trial Conference remains scheduled for November 13, 2012 and the Trial date remains on December 10, 2012.

DATED:  August 16, 2012  LAW OFFICE OF JIVAKA CANDAPPA

/s/ Jivaka Candappa
By: _____
JIVAKA CANDAPPA, Attorney for Plaintiff
LAWRENCE HICKMAN

DATED:  August 16, 2012  ZACH COWAN, City Attorney

By: */s/ Matthew J. Orebic*_____
MATTHEW J. OREBIC
Attorneys for Defendants
DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE TURNER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2012

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE ADDITIONAL DEPOSITION

*Lawrence Hickman vs. City of Berkeley et al.*
**Case No.  C 11-04395 EDL**
-2-