JIVAKA CANDAPPA (SBN 225919)
180 Grand Avenue, Suite 700
Oakland, CA 94612
Telephone: (510) 628-0300
Facsimile: (510) 628-0400
Email: jcandappa@att.net

Attorney for Plaintiff LAWRENCE HICKMAN

Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
Email: morebic@ci.berkeley.ca.us

Attorneys for Defendants
DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE TURNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS HAMBLETON, *et al.*, <br><br> Defendants. | Case No.: C 11-04395 EDL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE DISCOVERY CUT-OFF FOR ONE ADDITIONAL DEPOSITION |

Counsel for plaintiff and counsel defendants herein stipulate to extend the discovery cut-off date of August 17, 2012 to September 14, 2012, solely for the deposition of witness, Richard Livingston, who was recently disclosed as a witness by plaintiff's counsel. Plaintiff's counsel was not aware of this witness until August 8, 2012.

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE ADDITIONAL DEPOSITION

No other dates are affected by this extension. The Pre-Trial Conference remains scheduled for November 13, 2012 and the Trial date remains on December 10, 2012.

DATED: August 16, 2012         LAW OFFICE OF JIVAKA CANDAPPA
                               /s/ Jivaka Candappa
                               By: _____
                               JIVAKA CANDAPPA, Attorney for Plaintiff
                               LAWRENCE HICKMAN


DATED: August 16, 2012         ZACH COWAN, City Attorney

                               By: */s/ Matthew J. Orebic*
                               MATTHEW J. OREBIC
                               Attorneys for Defendants
                               DOUGLAS HAMBLETON, ELIZABETH
                               BASHAN, SCOTT CASTLE and MELANIE
                               TURNER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2012         _____
                               HON. ELIZABETH D. LAPORTE
                               United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE FOR ONE ADDITIONAL DEPOSITION

*Lawrence Hickman vs. City of Berkeley et al.*
**Case No. C 11-04395 EDL**
-2-