1 | JIVAKA CANDAPPA (SBN 225919)
2 | 180 Grand Avenue, Suite 700
| Oakland, CA 94612
3 | Telephone: (510) 628-0300
| Facsimile: (510) 628-0400
4 | Email: jcandappa@att.net

5 | Attorney for Plaintiff LAWRENCE HICKMAN

6 | Zach Cowan, City Attorney, SBN 96372
| Matthew J. Orebic, Deputy City Attorney, SBN 124491
7 | BERKELEY CITY ATTORNEY'S OFFICE
8 | 2180 Milvia Street, Fourth Floor
| Berkeley, CA 94704
9 | Telephone: (510) 981-6998
| Facsimile: (510) 981-6960
10 | Email: morebic@ci.berkeley.ca.us

11 | Attorneys for Defendants
| DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE
12 | TURNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LAWRENCE HICKMAN, | ) | Case No.: C 11-04395 EDL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND LAST DAY FOR DISPOSTIVE MOTIONS BY 14 DAYS FROM SEPTEMBER 25, 2012 TO OCTOBER 9, 2012 |
| DOUGLAS HAMBLETON, *et al.*, | ) | |
| Defendants. | ) | |

Counsel for plaintiff and counsel defendants herein stipulate to extend the last day for the hearing on dispositive motions from September 25, 2012 to October 9, 2012. This two-week extension is requested because none of the deposition transcripts for the four individual defendants have been received from the Court Reporting agency yet, although those depositions were completed on July 24, July 26, August 2, and August 8, respectively, and the transcripts

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY FOR DISPOSITIVE MOTION HEARING DATE

1 were to be delivered within two weeks.  This extension of the dispositive motion hearing date
2 will not affect any other dates in the case.
3      The Pre-Trial Conference remains scheduled for November 13, 2012 and the Trial date
4 remains on December 10, 2012.

5

6 DATED:  August 15, 2012       LAW OFFICE OF JIVAKA CANDAPPA
                                           /s/ Jivaka Candappa
7                            By:  _____
8                                 JIVAKA CANDAPPA, Attorney for Plaintiff
                                LAWRENCE HICKMAN
9

10 DATED:  August 15, 2012       ZACH COWAN, City Attorney

11                            By: */s/ Matthew J. Orebic*_____
12                                 MATTHEW J. OREBIC
                                Attorneys for Defendants
13                                 DOUGLAS HAMBLETON, ELIZABETH
                                BASHAN, SCOTT CASTLE and MELANIE
14                                 TURNER

15

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17
18 Dated:  August 17, 2012            _____
                                HON. ELIZABETH D. LAPORTE
19                                 United States Magistrate Judge

20

21

22

23

24

25

26

27
_____
28 STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY FOR DISPOSITIVE MOTION HEARING DATE

*Lawrence Hickman vs. City of Berkeley et al.*
**Case No.  C 11-04395 EDL**
-2-