JIVAKA CANDAPPA (SBN 225919)
180 Grand Avenue, Suite 700
Oakland, CA 94612
Telephone: (510) 628-0300
Facsimile: (510) 628-0400
Email: jcandappa@att.net

Attorney for Plaintiff LAWRENCE HICKMAN

Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
Email: morebic@ci.berkeley.ca.us

Attorneys for Defendants
DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE TURNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS HAMBLETON, *et al.*,<br><br>　　　　Defendants. | Case No.: C 11-04395 EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND LAST DAY FOR DISPOSTIVE MOTIONS BY 14 DAYS FROM SEPTEMBER 25, 2012 TO OCTOBER 9, 2012 |

Counsel for plaintiff and counsel defendants herein stipulate to extend the last day for the hearing on dispositive motions from September 25, 2012 to October 9, 2012. This two-week extension is requested because none of the deposition transcripts for the four individual defendants have been received from the Court Reporting agency yet, although those depositions were completed on July 24, July 26, August 2, and August 8, respectively, and the transcripts

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY FOR DISPOSITIVE MOTION HEARING DATE

were to be delivered within two weeks.  This extension of the dispositive motion hearing date will not affect any other dates in the case.

The Pre-Trial Conference remains scheduled for November 13, 2012 and the Trial date remains on December 10, 2012.

DATED:  August 15, 2012　　　　　　LAW OFFICE OF JIVAKA CANDAPPA
/s/ Jivaka Candappa
By: _____
JIVAKA CANDAPPA, Attorney for Plaintiff
LAWRENCE HICKMAN

DATED:  August 15, 2012　　　　　　ZACH COWAN, City Attorney

By: /s/ Matthew J. Orebic
MATTHEW J. OREBIC
Attorneys for Defendants
DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE TURNER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 17, 2012　　　　　　　_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY FOR DISPOSITIVE MOTION HEARING DATE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  C 11-04395 EDL
-2-