Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
Email: morebic@ci.berkeley.ca.us

Attorneys for Defendants FORMER CHIEF DOUGLAS HAMBLETON, OFFICER ELIZABETH BASHAN, OFFICER SCOTT CASTLE, and OFFICER MELANIE TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS HAMBLETON, *et al.*,<br><br>Defendants. | No. C11-04395 EDL<br><br>DECLARATION OF JENNIFER WILSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: October 9, 2012<br>Time: 9:00 a.m.<br>Ctrm: E, 15th Floor |

I, Jennifer Wilson, declare:

1. I have been employed as a police officer for the City of Berkeley since December 14, 1997 and I have been a police sergeant since March 23, 2006. I have personal knowledge of all the facts stated in this Declaration and I am competent to testify to these facts if called on to do so.

2. In December 2008, Lawrence Hickman submitted a citizen's complaint regarding a traffic stop on December 4, 2008 alleging a pattern of harassment and racial profiling, which I investigated as part of my duties in the Internal Affairs Bureau (IAB). None of Mr. Hickman's allegations were sustained.

3. The IAB investigation was closed on April 13, 2009 and Mr. Hickman and the involved officers were so informed by written communication at that time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 4, 2012                By:  _____/s/_____
                                             JENNIFER WILSON

I, Matthew J. Orebic, am defense counsel of record for this case and I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 4, 2012                By:  _____/s/_____
                                             MATTHEW J. OREBIC