1  JIVAKA CANDAPPA (SBN 225919)
2  180 Grand Avenue, Suite 700
   Oakland, CA 94612
3  Telephone: (510) 628-0300
   Facsimile: (510) 628-0400
4  Email:  jcandappa@att.net

5  Attorney for Plaintiff LAWRENCE HICKMAN

6  Zach Cowan, City Attorney, SBN 96372
7  Matthew J. Orebic, Deputy City Attorney, SBN 124491
   BERKELEY CITY ATTORNEY'S OFFICE
8  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
9  Telephone:  (510) 981-6998
   Facsimile:  (510) 981-6960
10 Email:  morebic@ci.berkeley.ca.us

11 Attorneys for Defendants
   DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE
12 TURNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | Case No.: C 11-04395 EDL |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND ALL RELATED DEADLINES |
| DOUGLAS HAMBLETON, *et al.*, | |
| Defendants. | |

Plaintiff Lawrence Hickman and Defendants Douglas Hambleton, Elizabeth Bashan, Scott Castle and Melanie Turner, by and through their respective counsel, hereby stipulate to continue the trial in the matter captioned above.  The parties stipulate that a continuance is necessary because of the withdrawal of Jivaka Candappa as Plaintiff's counsel in this case.  As

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  **C 11-04395 EDL**
-1-

1  a result, Plaintiff will have to retain new counsel to represent him in this case.  Plaintiff's
2  present counsel will file a motion for withdrawal next week.
3      Accordingly, the parties respectfully request the Court to vacate the trial and pretrial
4  conference dates and all related deadlines and further set this matter for a case management
5  conference in the middle of January 2013 per the availability of the Court.
6      **IT IS SO STIPULATED**.
7  DATED:  October 19, 2012        LAW OFFICE OF JIVAKA CANDAPPA
                                    /s/ Jivaka Candappa
8                              By: _____
9                                  JIVAKA CANDAPPA, Attorney for Plaintiff
                                    LAWRENCE HICKMAN
10
11 DATED:  October 19, 2012        ZACH COWAN, City Attorney
                                    /s/ Matthew Orebic
12                             By: _____
13                                 MATTHEW J. OREBIC
                                   Attorneys for Defendants
14                                 DOUGLAS HAMBLETON, ELIZABETH
                                   BASHAN, SCOTT CASTLE and MELANIE
15                                 TURNER
16
17                              **ORDER**
18      Pursuant to the parties' stipulation, the trial and preconference dates and all related
19  deadlines in the matter captioned above are vacated.  The case is set for a case management
20  conference on _____January 13_____, 2013.  The parties shall file a joint Case
21  Management Conference statement no later than one week prior to the hearing.
22      **IT IS SO ORDERED**.
23
24  Dated:  October 26, 2012        _____
25                                  HON. ELIZABETH D. LAPORTE
                                    United States Magistrate Judge
26
27
28      STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  C 11-04395 EDL
-2-