1  JIVAKA CANDAPPA (SBN 225919)
2  180 Grand Avenue, Suite 700
   Oakland, CA 94612
3  Telephone: (510) 628-0300
   Facsimile: (510) 628-0400
4  Email:  jcandappa@att.net

5  Attorney for Plaintiff LAWRENCE HICKMAN

6  Zach Cowan, City Attorney, SBN 96372
7  Matthew J. Orebic, Deputy City Attorney, SBN 124491
   BERKELEY CITY ATTORNEY'S OFFICE
8  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
9  Telephone:  (510) 981-6998
   Facsimile:  (510) 981-6960
10 Email:  morebic@ci.berkeley.ca.us

11 Attorneys for Defendants
   DOUGLAS HAMBLETON, ELIZABETH BASHAN, SCOTT CASTLE and MELANIE
12 TURNER

13                 UNITED STATES DISTRICT COURT
14              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  LAWRENCE HICKMAN, | ) Case No.: C 11-04395 EDL |
| 17          Plaintiff, | ) |
| 18          vs. | ) STIPULATION AND [PROPOSED] ORDER |
| 19  DOUGLAS HAMBLETON, *et al.*, | ) VACATING TRIAL DATE AND ALL |
| 20          Defendants. | ) RELATED DEADLINES |

24      Plaintiff Lawrence Hickman and Defendants Douglas Hambleton, Elizabeth Bashan,
25 Scott Castle and Melanie Turner, by and through their respective counsel, hereby stipulate to
26 continue the trial in the matter captioned above.  The parties stipulate that a continuance is
27 necessary because of the withdrawal of Jivaka Candappa as Plaintiff's counsel in this case.  As

28        STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  **C 11-04395 EDL**
-1-

1  a result, Plaintiff will have to retain new counsel to represent him in this case.  Plaintiff's
2  present counsel will file a motion for withdrawal next week.
3       Accordingly, the parties respectfully request the Court to vacate the trial and pretrial
4  conference dates and all related deadlines and further set this matter for a case management
5  conference in the middle of January 2013 per the availability of the Court.
6       **IT IS SO STIPULATED**.
7  DATED:  October 19, 2012           LAW OFFICE OF JIVAKA CANDAPPA
                                       /s/ Jivaka Candappa
8                                  By: _____
9                                      JIVAKA CANDAPPA, Attorney for Plaintiff
                                       LAWRENCE HICKMAN
10
11 DATED:  October 19, 2012           ZACH COWAN, City Attorney
                                       /s/ Matthew Orebic
12                                 By: _____
13                                     MATTHEW J. OREBIC
                                       Attorneys for Defendants
14                                     DOUGLAS HAMBLETON, ELIZABETH
                                       BASHAN, SCOTT CASTLE and MELANIE
15                                     TURNER
16
17                                  **ORDER**
18      Pursuant to the parties' stipulation, the trial and preconference dates and all related
19 deadlines in the matter captioned above are vacated.  The case is set for a case management
20 conference on _____January 13_____, 2013.  The parties shall file a joint Case
21 Management Conference statement no later than one week prior to the hearing.
22      **IT IS SO ORDERED**.
23
24 Dated:  October 26, 2012
                                       _____
25                                     HON. ELIZABETH D. LAPORTE
                                       United States Magistrate Judge
26
27
28     STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE

*Lawrence Hickman vs. City of Berkeley et al.*
Case No.  C 11-04395 EDL
-2-