**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE HICKMAN,

      Plaintiff,

v.

CITY OF BERKELEY,

      Defendant.

No. C -11-04395 EDL

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO WITHDRAW**

On October 25, 2012, Plaintiff's counsel filed an Administrative Motion to Withdraw. The relief Plaintiff's counsel seeks is more properly sought in a regularly noticed motion. Accordingly, the Court sets the following briefing schedule on shortened time. Any opposition to the Motion to Withdraw shall be filed no later than November 5, 2012. Any reply shall be filed no later than November 8, 2012. The Court will inform the parties if a hearing is necessary. Plaintiff's counsel shall forward a copy of this Order to Plaintiff forthwith.

      IT IS SO ORDERED.

Dated: October 26, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge