IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

On October 26, 2012, the Court set a briefing schedule for Plaintiff's counsel's motion to withdraw. On November 5, 2012, the deadline for any opposition to the motion, Plaintiff filed a request for an additional fifteen days to oppose the motion. Good cause appearing, Plaintiff's request is granted. Plaintiff shall file any opposition to counsel's motion to withdraw no later than November 21, 2012.

IT IS SO ORDERED.

Dated: November 6, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge