Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:  (510) 981-6960
Email:  morebic@ci.berkeley.ca.us

Attorneys for Defendant ELIZABETH BASHAN


Lawrence Hickman
1807 Prince Street
Berkeley, CA 94703
Telephone: (510) 467-4250
Facsimile: (510) 580-9413
Email: lpacificquest@aol.com

Pro Se

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS HAMBLETON, *et al.*,<br><br>    Defendants. | Case No.: C 11-04395 EDL<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE FROM APRIL 5, 2013 TO MAY 22, 2013 |

Plaintiff and counsel for Defendant herein stipulate to continue the Settlement Conference from April 5, 2013 to May 22, 2013 at 10:00 a.m.

1  DATED: January 24, 2013         ZACH COWAN, City Attorney
2                                  MATTHEW J. OREBIC, Deputy City Attorney

3                                  By: /s/ Matthew J. Orebic
4                                      MATTHEW J. OREBIC
                                       Attorneys for Defendant ELIZABETH BASHAN
5
                                    LAWRENCE HICKMAN
6  DATED: January 24, 2013

7                                  By: /s/ Lawrence Hickman
                                       Pro Se
8

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 24, 2013            _____
                                   HON. MARIA-ELENA JAMES
                                   United States Magistrate