IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL |
| Plaintiff, | **ORDER REGARDING COMMUNICATION WITH THE COURT** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

The Court is informed that pro se Plaintiff Lawrence Hickman has recently sent emails and left a voice mail message for the Court's Courtroom Deputy attempting to discuss issues relating to the case. It is improper for Plaintiff to attempt such ex parte communications with Court staff (i.e., communications for which Defendant is not present and able to participate). Plaintiff is cautioned that any emails or other written correspondence to the Court must be copied to opposing counsel. If Plaintiff attempts further ex parte communications with the Court, the Court will issue an order prohibiting Plaintiff from emailing or telephoning the Court, and will require all communications to be in writing and filed with the Clerk of the Court.

It appears from Plaintiff's recent messages that Plaintiff believes that his Motion to Disqualify should be referred to another judge and that the Court has erred in setting the motion on its calendar. If so, he may file a short letter of no more than three pages explaining the legal authority on which he relies. Plaintiff may file that letter no later than April 4, 2013. If Plaintiff files a letter, Defendant shall file a responsive letter of no more than three pages no later than April 9, 2013.

IT IS SO ORDERED.

Dated: March 29, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge