IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

Due to the Court's unavailability, the pretrial conference in this matter is continued to October 29, 2013 at 2:00 p.m. The trial in this matter is continued to November 18, 2013 at 8:30 a.m. All other current deadlines as contained in the Court's Case Management Scheduling Order (Docket No. 20) remain in effect. In particular, the deadline to file objections and oppositions to pretrial materials remains September 23, 2013. See Docket No. 20 at 7.

**IT IS SO ORDERED.**

Dated: September 13, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge