FILED

SEP 18 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

LAWRENCE HICKMAN,

          Plaintiff,

v.

CITY OF BERKELEY, et al.

          Defendants.

No. C 11-04395 EDL (MEJ)

**STIPULATION AND ORDER RE: BINDING ARBITRATION**

    The parties in the above-captioned matter hereby stipulate, subject to Court approval, to participate in binding court-sponsored arbitration pursuant to ADR Local Rule 4-13. The parties agree the selection process for the ADR will be the same as has been used for the selection of an Early Neutral Evaluator, in that a panel of proposed arbitrators will be given to the parties by the ADR Unit, after which they will follow the selection procedure for submission to the ADR Unit for final appointment of the arbitrator. The parties further stipulate that each side shall bear their own attorney's fees and costs incurred in this case, including this arbitration.

    IT IS SO STIPULATED.

DATED: September 18, 2013

                                                    Lawrence Hickman
                                                    Plaintiff, *pro se*

                                                    Matthew J. Orebic
                                                    Counsel for Defendants

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: September 18, 2013

_____
Maria-Elena James
United States Magistrate Judge

_____
Elizabeth D. Laporte
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California