IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL (MEJ) |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

In light of the September 18, 2013 Stipulation and Order for the parties to participate in binding arbitration, all further pretrial and trial dates in this matter are vacated. Defendant's motions in limine, filed on September 11, 2013, are denied as moot.

**IT IS SO ORDERED.**

Dated: September 18 , 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge