IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| OFFICER ELIZABETH BASHAN, | |
| Defendant. | |

On February 20, 2014, the Court issued an Order reflecting the parties' agreement that this case would be submitted to binding arbitration. Docket No. 161. In that Order, the Court set forth an arbitrator selection process based on the list of arbitrators provided by the Court's Alternative Dispute Resolution (ADR) Program, and required the parties to submit a ranked list of arbitrators no later than March 5, 2014.

On February 24, 2014, Defendant filed objections to inclusion of three of the proposed arbitrators on the list of potential arbitrators. Docket No. 162. Plaintiff may file a response no later than March 10, 2014. The March 5, 2014 deadline for the parties to submit a ranked list of arbitrators is vacated and will be reset following resolution of Defendant's objections.

**IT IS SO ORDERED.**

Dated: February 26, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge