IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL (MEJ) |
| Plaintiff, | **ORDER REFERRING CASE** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

    This matter is referred to Magistrate Judge Maria-Elena James for a hearing on enforcement of the settlement in which the parties agreed to binding arbitration. Magistrate Judge James' chambers will notify the parties as to the date and time of hearing.

**IT IS SO ORDERED.**

Dated: March 24, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge