IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL (MEJ) |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

Plaintiff has filed a second amended complaint and a motion to stay arbitration. At this time, the Court does not require any further briefing from either party on these filings. If necessary, the Court will set a briefing schedule in the future.

**IT IS SO ORDERED.**

Dated: April 4, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge