**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395 EDL |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| CITY OF BERKELEY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A status conference is scheduled for October 14, 2014 at 10:00 a.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties shall separately file statements regarding status on or before October 7, 2014.

**IT IS SO ORDERED.**

Dated: September 25, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge