United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE HICKMAN,

        Plaintiff,

    v.

OFFICER E. BASHAN,

        Defendant.

Case No.  11-cv-04395-EDL

**ORDER**

On September 18, 2013, the parties entered into a stipulation and order agreeing to resolve this matter through binding arbitration. Docket No. 152. On February 20, 2014, the Court issued an Order setting forth the process to be used to select the single arbitrator. Docket No. 161. Thereafter, Defendant objected to three potential arbitrators, and the Court issued an Order permitting Plaintiff time to respond to Defendant's objections. Docket No. 164. Plaintiff responded, arguing that Defendant's objections should be overruled and that the entire panel should remain eligible. Docket No. 165.

Subsequently, the Court referred the matter to Magistrate Judge Maria-Elena James for a hearing on the enforcement of the settlement reached by the parties in September 2013. Docket No. 166. Plaintiff then filed a motion to stay arbitration pending ruling on a motion to amend the complaint, which the Court denied on April 11, 2014. Docket No. 171. The Court also referred the matter to Judge James for a further settlement conference. Id.

Before the further settlement conference, Plaintiff filed a motion to amend the complaint and a motion to stay, which the Court denied on September 24, 2014. Docket No. 177. The further settlement conference was vacated just prior to the Court's Order. Docket No. 176. The Court set a status conference for October 14, 2014. At the status conference, Defendant withdrew

1    her objections to the potential arbitrators and stated that she was prepared to proceed with

2    arbitration.  Although Plaintiff informed the Court that he was no longer willing to participate in

3    the arbitration process, he had previously agreed to do so in a binding stipulation that was adopted

4    as a court order.

5          Accordingly, the Court enforces the parties' September 18, 2013 stipulation to proceed

6    with binding arbitration.  Further, the arbitrator selection process outlined in the Court's February

7    20, 2014 Order remains in effect.  Attached to this Order is an alphabetical list of the potential

8    arbitrators on the Court's Arbitration Panel.  Thus, no later than November 4, 2014, the parties

9    shall select their preferred arbitrator as set forth in the February 20, 2014 Order.  Defendant has

10   withdrawn any objections to the potential arbitrator.  Because Plaintiff did not object when this list

11   was presented in February 2014, he has waived any objections to the potential arbitrators.  Once

12   an arbitrator has been appointed, the arbitration will proceed under the current procedures set forth

13   under ADR Local Rule 4.

14          **IT IS SO ORDERED**.

15   Dated:   October 20, 2014

16

17                                                ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>USDC ADR Program</u>**
**Case No. C 11-4395 EDL ARB**
***Hickman v. City of Berkeley, et al.***
List of Police Misconduct Arbitrators

John F. Barg
Barg Coffin Lewis & Trapp, LLP
San Francisco   jfb@bcltlaw.com
Tel: 415-228-5400  Fax: 415-228-5450

Wayne D. Brazil
JAMS
San Francisco   wbrazil@jamsadr.com
Tel: 415-774-2630  Fax: 415-982-5287

Robert T. Fries
Carter, Carter, Fries & Grunschlag
San Francisco   rfries@carterfries.com
Tel: 415-989-4800  Fax: 415-989-4864

Barbara Kong-Brown
Attorney at Law
Oakland   bkongbrown1@gmail.com
Tel: 510-208-3688  Fax: 510-208-5188

Charles J. McClain, Jr.
Center for Research and Administration
Berkeley   cmcclain@law.berkeley.edu
Tel: 510-642-5027

Stephen L. Schirle
PG&E Company Law Department
San Francisco   slsw@pge.com
Tel: 415-973-8478  Fax: 415-973-5520

Herb A. Schwartz
Change Mediation
Garberville   herb@changemediation.com
Tel: 707-923-2223  Fax: 707-923-2082

Gregory D. Walker
Attorney/Mediator/Arbitrator
Oakland   gwalker@rawbw.com
Tel: 510-451-6070  Fax: 510-658-3305