IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HICKMAN, | No. C -11-04395(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

On November 3, 2014, Defendant filed a Notice of Inability to Comply with the Court's October 20, 2014 Order regarding arbitration. On November 4, 2014, Plaintiff filed an Objection to the Court's October 20, 2014 Order regarding arbitration. Also on November 4, 2014, the Court issued an Order to Show Cause requiring Plaintiff to show why this case should not be dismissed for failure to prosecute based on Plaintiff's failure to comply with previous orders regarding the arbitration process. Defendant shall respond to Plaintiff's Objection no later than November 11, 2014. Plaintiff's response to the Order to Show Cause remains due on November 18, 2014.

**IT IS SO ORDERED.**

Dated: November 7, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge